

**Claims Register as of 10/4/2021**
Sorted by Claim Number

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | American Starlinger-Sahm Inc. | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | | Columbia | SC | 29211 | 03/31/2021 | General Unsecured | $0.00 | Withdrawn | | | |
| 328 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 342 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 365 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 399 | Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn: Jason J. Ben | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |
| 484 | Sioux Services LLC | Attn: Kandy M. Miller-Boyer | 6 Hall Rd | | | Pottsville | PA | 17901-8913 | 07/19/2021 | Administrative Priority | $3,948.26 | | | | $3,948.26 |



## Claims Register as of 10/4/2021
Sorted Alphabetically

| Claim No. | Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Date Filed | Amount Class(es) | Total Amount | Unsecured | Secured | Priority | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 96 | American Starlinger-Sahm Inc. | Attn: Stanley H. McGuffin, Esq. | PO Box 11889 | | | Columbia | SC | 29211 | 03/31/2021 | General Unsecured | $0.00 | Withdrawn | | | |
| 365 | Bahram Nour-Omid and Learnicon LLC | Attn: Howard I. Camhi, Esq. | 10880 Wilshire Blvd | 19th Floor | | Los Angeles | CA | 90024 | 05/19/2021 | General Unsecured Secured | $0.00 | Withdrawn | Withdrawn | | |
| 342 | Exact Staff Inc. | Attn: Gordon Smith, COO | 23901 Calabasas Rd | Suite 1085 | | Calabasas | CA | 91302 | 05/19/2021 | General Unsecured | $0.00 | Expunged | | | |
| 328 | Monteleone and McCrory LLP | Attn: Patrick J. Duffy | 725 S Figueroa St | Suite 3200 | | Los Angeles | CA | 90017 | 05/18/2021 | General Unsecured | $0.00 | Expunged | | | |
| 484 | Sioux Services LLC | Attn: Kandy M. Miller-Boyer | 6 Hall Rd | | | Pottsville | PA | 17901-8913 | 07/19/2021 | Administrative Priority | $3,948.26 | | | | $3,948.26 |
| 399 | Sorema Division of Previero N. Srl | c/o Freeborn & Peters LLP | Attn: Jason J. Ben | 311 S Wacker Dr | Suite 3000 | Chicago | IL | 60606 | 05/21/2021 | General Unsecured | $0.00 | Expunged | | | |